■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAN GUERRA-SANTOS, Appellant. [29 NYS3d 814]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mondo, J., at plea; Mangano, Jr., J., at sentence), rendered December 20, 2013, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]) in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Counsel has informed this Court that the defendant has not authorized counsel to raise any issues related to the plea. Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *People v Cardwell*, 98 AD3d 986 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]). Rivera, J.P., Balkin, Barros and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMEL HOLLENQUEST, Appellant. [29 NYS3d 811]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 13, 2008 (*People v Hollenquest*, 48 AD3d 592 [2008]), affirming a judgment of the Supreme Court, Queens County, rendered April 27, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Balkin, Sgroi and Duffy, JJ., concur.